James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
4500 East Pacific Coast Highway, Fourth Floor
Long Beach, CA 90804
Telephone: (562) 391-2487
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

Robert S. Green (State Bar No. 136183)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

*Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY CARSON, and all similarly situated individuals,<br><br>            Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>            Defendant. | Case No.: 8:17-CV-02232-JVS-KES<br><br>**STIPULATION TO EXTEND THE CLASS CERTIFICATION DEADLINE OF L.R. 23-3** |

1     WHEREAS, Plaintiff's Complaint was served on Defendant on December 26, 2017;

3     WHEREAS, Defendant's response to the Complaint is due February 15, 2018;

5     WHEREAS, pursuant to Local Rule 23-3, Plaintiff's motion for class certification is presently due on March 26, 2018;

7     WHEREAS, the deadline for completing a Rule 26(f) conference pursuant to the Court's initial order is April 16, 2018;

9     WHEREAS, the Initial Case Management Conference was set by the Court for May 7, 2018;

11     NOW, THEREFORE, it is hereby stipulated as follows:

12     The deadline for Plaintiff to file a motion for class certification pursuant to L.R. 23-3 is continued from March 26, 2018 to a date to be determined by the Court at or after the Initial Case Management Conference.

DATED: February 7, 2018     **GREEN & NOBLIN, P.C.**

By: /s/ Robert S. Green
    Robert S. Green

*Attorneys for Plaintiff*
*TERRY CARSON and proposed classes*

DATED: February 7, 2018     **JONES DAY**

By: /s/ John A. Vogt
    John A. Vogt

*Attorneys for Defendant*
Experian Information Solutions, Inc.

-1-

STIPULATION TO EXTEND THE CLASS CERTIFICATION DEADLINE
Case No. 8:17-CV-02232-JVS-KES

# **ATTESTATION**

I, Robert S. Green, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CLASS CERTIFICATION DEADLINE OF L.R. 23-3. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that John A. Vogt has concurred in this filing.

DATED: February 7, 2018  **GREEN & NOBLIN, P.C.**

By: /s/ Robert S. Green
      Robert S. Green

*Attorneys for Plaintiff*
*TERRY CARSON and proposed classes*