| | |
|---|---|
| 1 | James Robert Noblin (State Bar No. 114442) |
| 2 | **GREEN & NOBLIN, P.C.**<br>4500 East Pacific Coast Highway, Fourth Floor |
| 3 | Long Beach, CA  90804<br>Telephone:  (562) 391-2487 |
| 4 | Facsimile:  (415) 477-6710 |
| 5 | Email:  gnecf@classcounsel.com |
| 6 | Robert S. Green (State Bar No. 136183) |
| 7 | **GREEN & NOBLIN, P.C.**<br>2200 Larkspur Landing Circle, Suite 101 |
| 8 | Larkspur, CA  94939<br>Telephone:  (415) 477-6700 |
| 9 | Facsimile:  (415) 477-6710<br>Email:  gnecf@classcounsel.com |
| 10 | |
| 11 | *Counsel for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY CARSON, and all similarly situated individuals,<br><br>             Plaintiffs,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>             Defendant. | Case No.: 8:17-CV-02232-JVS-KES<br><br>**ORDER TO EXTEND THE CLASS CERTIFICATION DEADLINE OF L.R. 23-3** |

[PROPOSED] ORDER TO EXTEND THE CLASS CERTIFICATION DEADLINE
Case No. 8:17-CV-02232-JVS-KES

1  Upon consideration of the Stipulation to Extend the Class Certification
2  Deadline, and good cause appearing therefore,
3  IT IS HEREBY ORDERED that:
4  The deadline for Plaintiff to file a motion for class certification be set at the
5  May 7, 2018 scheduling conference.

9  DATED: February 15, 2018  _____
10 HONORABLE JAMES V. SELNA
   United States District Judge