1  Richard J. Grabowski (State Bar No. 125666)
2  John A. Vogt (State Bar No. 198677)
   Edward S. Chang (State Bar No. 241682)
3  Ryan D. Ball (State Bar No. 321772)
   JONES DAY
4  3161 Michelson Drive, Suite 800
   Irvine, California 92612
5  (T) 949.851.3939
   (F) 949.553.7539
6  rgrabowski@jonesday.com
   javogt@jonesday.com
7  echang@jonesday.com
   rball@jonesday.com
8
9  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
10 INC.

11                UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  TERRY CARSON, and all similarly situated individuals;<br>15<br>16           Plaintiff,<br>17      v.<br>18  EXPERIAN INFORMATION SOLUTIONS, INC.,<br>19<br>20           Defendant.<br>21<br>22 | Case No. 8:17-cv-02232-JVS-KES<br>Honorable James V. Selna<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |

23
24
25
26
27
28

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, hereby lodges its [Proposed] Judgment. On July 9, 2019, the Court granted Experian's motion to dismiss for lack of subject matter jurisdiction and granted Experian's motion for judgment on the pleadings. (*See* ECF No. 115.) The Court granted Plaintiffs Stanford Buckles, Theresa Tailford, and Jeffery C. Ruderman (collectively, "Plaintiffs") 30 days to amend their operative complaint. (*Id.* at 14.) Plaintiffs did not file any amended complaint within 30 days of the Court's Order, and Experian accordingly lodges this [Proposed] Judgment.

DATED: August 13, 2019                    JONES DAY

By: */s/ Ryan D. Ball*
     Ryan D. Ball

*Attorney for Defendant*
*Experian Information Solutions, Inc.*