Richard J. Grabowski (State Bar No. 125666)
John A. Vogt (State Bar No. 198677)
Edward S. Chang (State Bar No. 241682)
Ryan D. Ball (State Bar No. 321772)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
(T) 949.851.3939
(F) 949.553.7539
rgrabowski@jonesday.com
javogt@jonesday.com
echang@jonesday.com
rball@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY CARSON, and all similarly situated individuals;<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:17-cv-02232-JVS-KES<br>Honorable James V. Selna<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Regarding Motion to Dismiss and Motion for Judgment on the Pleadings (ECF No. 115), and in light of Plaintiff Stanford Buckles, Theresa Tailford, and Jeffery C. Ruderman's (collectively, "Plaintiffs") failure to file an amended complaint within the time allotted by that Order, the Court hereby enters FINAL JUDGMENT in this action as follows:

1. The Court enters judgment for Defendant Experian Information Solutions, Inc. ("Experian") and against Plaintiffs on Plaintiffs' complaint in this action and dismisses this action without prejudice;

2. Plaintiffs recover nothing from Experian;

3. Experian may recover costs and attorney fees from Plaintiffs to the extent permitted by law.

IT IS SO ORDERED.

Dated: August 21, 2019

_____
Hon. James V. Selna
United States District Judge